IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WAYNE H. NORMAN,   Civil Action File No.

　　Plaintiff,

vs.

　　　　　　　　　　　　　　　　　2:15-cv-02802-SHM-dkv

ECPI UNIVERSITY,

　　Defendant.

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal. The parties intend to file a Motion to Dismiss with Prejudice as soon as practicable, but respectfully request that the parties are given 30 days to file the said Dismissal.

Respectfully submitted,

Wayne H. Norman
4357 Wanatah
Memphis, Tn. 38109
whnorman@hotmail.com

1 |