```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

**WAYNE NORMAN,**

    **Plaintiff,**

v.                                              Cv. No. 15-2802-SHM

**ECPI UNIVERSITY,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed March 8, 2016.

**APPROVED:**


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *March 8, 2016* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |